FILED

Peter R. Afrasiabi, Esq. (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Phone:  (949) 502-2870

2012 MAR 19  PM 3: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY_____

John E. Lord (Bar No. 216111)
jlord@onellp.com
**ONE LLP**
301 Arizona Avenue, Suite 250
Santa Monica, CA 90401
Phone   (310) 866-5157

*Attorneys for Plaintiff,  Mavrix Photo, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**SACV12-00435 JST (JPRx)**

| | |
|---|---|
| Mavrix Photo, Inc., a Florida corporation, | Case No. |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT OF TWENTY-NINE PHOTOGRAPHS OF BEYONCE, KATY PERRY, AND WHITNEY HOUSTON** |
| v. | |
| GG DIGITAL, INC., a Delaware corporation; and DOES 1-10 INCLUSIVE, | |
| Defendants. | **DEMAND FOR JURY TRIAL** |

Mavrix Photo, Inc. ("Mavrix"), by and through their attorneys of record, complains against GG Digital, LLC. ("Global Grind"), and DOES 1-10 (collectively, "Defendants") as follows:

## JURISDICTION AND VENUE

1.     This is a civil action against Defendants for copyright infringement in breach of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.*  This Court has subject matter

16968.1

1

**COMPLAINT**

jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District.  Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

## **PARTIES**

3.      Plaintiff Mavrix is a corporation incorporated and existing under the laws of Florida, with a principal place of business located in Miami.

4.      Defendant GG Digital, Inc. ("Global Grind") is a corporation incorporated under the laws of Delaware, with its principle place of business at Global Grind Digital, Inc. 50 Broadway Street, Suite 1008, New York, New York 10004.

5.      Global Grind owns and operates www.globalgrind.com.

6.      The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

7.      Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.  Plaintiff believes that some of the DOE defendants are partial owners of Global Grind, or contribute heavily to Global Grind's content, and are personally liable for Global Grind's copyright infringement.

/ / /

/ / /

## FACTS COMMON TO ALL COUNTS

8.     Mavrix is a prominent celebrity photography agency based in Miami, Florida. Mavrix licenses its photographs to its end customers, often popular publications like People or US Weekly.

9.     Globalgrind.com is a website that purports to be the "eyes, ears, and voice" of its "evolved segment of users (18-49 years old)" by providing its audience with an "all-encompassing site that provides a platform for an active, multicultural audience to consume and interact with compelling content and unique digital experiences."  In an attempt to service its audience, Global Grind has reproduced, publicly distributed and publicly displayed photographs belonging to Mavrix via their website: www.globalgrind.com without permission, consent, or license.

10.     Despite having no permission, consent, or license to do so, in or around March 4, 2011, November 20, 2011, and December 17, 2011, Global Grind reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of musician Beyoncé Knowles, (the "Beyoncé Photos") belonging to Mavrix.  True and correct copies of the fifteen Beyoncé Photos are attached as Exhibit A.

11.     Despite having no permission, consent, or license to do so, in or around March 13, 2012,  Global Grind also reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of the late vocalist Whitney Houston (the "Houston Photos"), belonging to Mavrix.  True and correct copies of the four Houston Photos are attached as Exhibit B.

12.     Despite having no permission, consent, or license to do so, in or around March 13, 2012, Global Grind also reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of singer and performer Katie Perry (the "Perry Photos"), belonging to Mavrix.  True and correct copies of the ten Perry Photos are attached hereto as Exhibit C.

**COMPLAINT**

13.   Mavrix filed for copyright registration of the Beyoncé Photos, Houston Photos and Perry Photos (collectively known as the "Photos") within 90 days of their authorship and first publication.  The copyright registrations are attached to the corresponding Photos at Exhibits. A, B, and C respectively.

### FIRST CLAIM FOR RELIEF

### (**Copyright Infringement, 17 U.S.C. § 501 Against all Defendants**)

14.   Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 13 above.

15.   Mavrix is the owner of all rights, title and interest in the copyrights to the Photos, which substantially consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States.  Mavrix has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  The Photos have been registered with the United States Copyright Office.

16.   Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilized the Photos for purposes of trade violation of 17 U.S.C. § 501 *et seq.*

17.   On information and belief, Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photos for purposes of trade.

18.   Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including by increasing the traffic to Defendants' websites and, thus, increasing the advertising fees realized.

19.   All of the Defendant's acts are and were performed without the permission, license or consent of Mavrix.

20.   The said wrongful acts of Defendants have caused, and are causing, great injury to Mavrix, which damage cannot be accurately computed, and unless this Court

4

restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law.  Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Mavrix' copyrights.

21.    As a result of the acts of Defendants alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

22.    Because of the willful nature of the copyright infringement, Mavrix is entitled to an award of statutory damages equal to $150,000 per infringement.

23.    Mavrix has identified at least twenty-nine instances of infringement on the globalgrind.com website by way of unlawful reproduction and display of the Photos (as well as the unlawful facilitation of other's reproduction of the Photos), and is therefore entitled to an award of $4,350,000.00 in statutory damages by Defendants.  If other infringements are discovered in this case, this pleading will be augmented accordingly.

24.    Mavrix is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.    The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet web sites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

2.    Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) &

5

(c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505, for an amount of $1,500,000 plus fees.

      3.    An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

      4.    Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

      5.    Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

      6.    That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: March 19, 2012

**ONE LLP**

By: _____
    Peter R. Afrasiabi, Esq.
    John E. Lord, Esq.
    Attorneys for Plaintiff,
    Mavrix Photo, Inc.

**COMPLAINT**

1

## DEMAND FOR JURY TRIAL

2

3       Plaintiff Mavrix Photo, Inc. hereby demands trial by jury of all issues so triable

4   under the law.

5

6   Dated:  March 19, 2012

7                                       ONE LLP

8

9                                       By: _____

10                                          Peter R. Afrasiabi, Esq.
                                            John E. Lord, Esq.
11                                          Attorneys for Plaintiff,
                                            Mavrix Photo, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT**

# Exhibit A





























Pregnant Beyonce Is About To Pop In Miami (PHOTOS) | Global Grind

http://globalgrind.com/entertainment/pregnant-beyonce-about-pop-miami-pl...

Most Visited ▼   mavrixphoto   mavrixonline   godaddy   google analytics   WP Mavrix   WP Sunstar   whois   idee

Zoom H2n Handy Recorder Por...   Pregnant Beyonce Is About To ...

Saturday, December 17, 2011

View as Analog
✓ View as Digital

Date & Time Preferences...

▼ PREVIOUS PHOTO     4 OF 4     NEXT PHOTO ▲

## Beyonce

Pregnant Beyonce leaves them green with envy as she flaunts her baby bump earlier at ARod's house.

Beyonce Rocks Green At A-Rod's House!



Advertisement

☆

## Most Popular



Lindsay Lohan Playboy Pictures Leaked (PHOTOS)

facebook   twitter

Latest posts    +1  1    Share    +1  1    Follow 6    Tweet  189    Like  374

Transferring data from ping.chartbeat.net...

Pregnant Beyonce Is About To Pop In Miami (PHOTOS) | Global Grind

http://globalgrind.com/entertainment/pregnant-beyonce-about-pop-miami-pl...



## Beyonce

Pregnant Beyonce leaves them green with envy as she flaunts her baby bump earlier at ARod's house.

Beyonce Rocks Green At A-Rod's House!

◄ PREVIOUS PHOTO          4 OF 4          NEXT PHOTO ►

Saturday, December 17, 2011

View as Analog
View as Digital

Date & Time Preferences…




Advertisement

CHEVY TAHOE
Full-size capability:
108 cu. ft. of maximum cargo space.³
EXPLORE MORE
21 MPG HWY *EPA estimated

## Most Popular

Lindsay Lohan Playboy Pictures Leaked (PHOTOS)



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-775-119

**Effective date of
registration:**

May 24, 2011

---

## Title

**Title of Work:** Beyonce and Jay Z Beach Bahamas Exclusive 20/27/11.

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** February 27, 2011     **Nation of 1st Publication:** United States

## Author

■   **Author:** Mavrix Photo Inc

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United Kingdom          **Domiciled in:** United States

**Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc, dba  Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** ███████████████ █          **Telephone:** ███████████

**Address:** ███████████
███████████████████████

## Certification

**Name:** Gareth Thomas

**Date:** May 24, 2011

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-799-844

**Effective date of registration:**

December 28, 2011

---

## Title

**Title of Work:** Beyonce Miami blue dress baby bump 111311

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 13, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** Cullen Reavley

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

  **Year Born:** 1969

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** ███████████     **Telephone:** ███████

**Address:** ███████████████

## Certification

**Name:** Gareth Thomas

**Date:** December 28, 2011



**Registration #:**  VA0001799844

**Service Request #:**  1-703920582



Mavrix Photo Inc

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-799-847

**Effective date of registration:**

December 28, 2011

## Title

**Title of Work:** Beyonce at A-Rod Miami home green dress 111211

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** November 12, 2011      **Nation of 1st Publication:** United States

## Author

**Author:** David Adelson

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

**Year Born:** 1969

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:** ███████████████      **Telephone:** ███████

**Address:** ███████████████

## Certification

**Name:** Gareth Thomas

**Date:** December 28, 2011



**Registration #:**  VA0001799847

**Service Request #:**  1-703920472



Mavrix Photo Inc

# Exhibit B









# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-782-040

**Effective date of registration:**

October 6, 2010

---

## Title

**Title of Work:** Popstar Whitney Houston in swimsuit in Bahamas taken 8/7/2010

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 7, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** David Adelson

  **Author Created:** photograph(s)

  **Work made for hire:** No

  **Citizen of:** United States          **Domiciled in:** United States

  **Anonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc

**Name:** Gareth Miles Thomas

**Email:**                                          **Telephone:**

**Address:**

## Certification

**Name:** Gareth Thomas

**Date:** October 6, 2010

Page 1 of 2

# Exhibit C





















# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-788-833

**Effective date of registration:**

August 31, 2011

---

## Title

**Title of Work:** Katy Perry Pink Bikini Miami Shot On 06/21/2011.

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 21, 2011   **Nation of 1st Publication:** United States

## Author

- **Author:** Moises Naveira
  **Author Created:** photograph(s)

  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mavrix Photo Inc

195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Mavrix Photo Inc
**Name:** Gareth Miles Thomas
**Email:** ███████████   **Telephone:** ████████
**Address:**

## Certification

**Name:** Gareth Thomas
**Date:** August 31, 2011

**Registration #:** VA0001788833

**Service Request #:** 1-655230912



Mavrix Photo Inc

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Mavrix Photo, Inc., a Delaware corporation,

**DEFENDANTS**

GG Grind, Inc.; DOES 1-10 inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Peter R. Afrasiabi and John E. Lord
One LLP, 4000 W. MacArthur, West Tower, Suite 1100,
Newport Beach, CA 92660.

**Attorneys (If Known)**

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No            ☐ **MONEY DEMANDED IN COMPLAINT: $** proven at trial

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement, Permanent Injunction, and Damages

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☑ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 210 Land Condemnation | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | | |

---

**SACV12-00435 JST (JPRx)**

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☑ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Staten County, NY |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date  March 19, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV12- 435 JST (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
   312 N. Spring St., Rm. G-8
   Los Angeles, CA 90012

[X] **Southern Division**
   411 West Fourth St., Rm. 1-053
   Santa Ana, CA 92701-4516

[ ] **Eastern Division**
   3470 Twelfth St., Rm. 134
   Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Peter R. Afrasiabi (pafrasiabi@onellp.com)
John E. Lord (jlord@onellp.com)
ONE LLP   4000 MacArthur Blvd
Suite 1100, Newport Beach, CA 92660
P  (949) 502-2870   F  (949) 258-5081

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mavrix Photo, Inc., a Florida corporation,<br><br><br>PLAINTIFF(S)<br>v.<br><br>GG Digital, Inc., a Delaware corporation; and DOES 1-10 inclusive.<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACV12-00435 JST (JPRx)<br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): GG Digital, Inc., a Delaware corporation;

A lawsuit has been filed against you.

Within  21  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Peter R. Afrasiabi , whose address is 4000 MacArthur Blvd, West Tower, Suite 1100, Newport Beach, CA 92660 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  MAR 1 9 2012

By: _____
   AMY DeAVILA
   Deputy Clerk
   (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*