1   Peter R. Afrasiabi, Esq. (Bar No. 193336)
2   pafrasiabi@onellp.com
    **ONE LLP**
3   4000 MacArthur Blvd.
    West Tower, Suite 1100
4   Newport Beach, CA 92660
5   Phone:  (949) 502-2870

6   John E. Lord (Bar No. 216111)
7   jlord@onellp.com
    **ONE LLP**
8   301 Arizona Avenue, Suite 250
    Santa Monica, CA 90401
9   Phone   (310) 954-9497

10   *Attorneys for Plaintiff, Mavrix Photo, Inc.*

11   **UNITED STATES DISTRICT COURT**

12   **CENTRAL DISTRICT OF CALIFORNIA**

13   Mavrix Photo, Inc., a Florida corporation,     Case No. SACV12-00435 JST (JPRx)

14         Plaintiff,     **FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT OF THIRTY-FOUR PHOTOGRAPHS OF BEYONCE, KATY PERRY, AND WHITNEY HOUSTON**

15   v.

16

17   GG DIGITAL, INC., a Delaware corporation; and DOES 1-10 INCLUSIVE,

18         Defendants.     **DEMAND FOR JURY TRIAL**

19   **By Fax**

20

21       Mavrix Photo, Inc. ("Mavrix"), by and through their attorneys of record, complains

22 against GG Digital, LLC. ("Global Grind"), and DOES 1-10 (collectively, "Defendants")

23 as follows:

24                 **JURISDICTION AND VENUE**

25       1.     This is a civil action against Defendants for copyright infringement in breach

26 of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter

27

28   16968.1         1

1   jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a),

2   and 28 U.S.C. § 1338(a) and (b).

3        2.      Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28

4   U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be

5   found and transact business in this Judicial District, and the injury suffered by Plaintiff took

6   place in this Judicial District.  Defendants are subject to the general and specific personal

7   jurisdiction of this Court because of their contacts with the State of California.

8                                    **PARTIES**

9        3.      Plaintiff Mavrix is a corporation incorporated and existing under the laws of

10  Florida, with a principal place of business located in Miami.

11       4.      Defendant GG Digital, Inc. ("Global Grind") is a corporation incorporated

12  under the laws of Delaware, with its principle place of business at Global Grind Digital,

13  Inc. 50 Broadway Street, Suite 1008, New York, New York 10004.

14       5.      Global Grind owns and operates www.globalgrind.com.

15       6.      The true names or capacities, whether individual, corporate or otherwise, of

16  the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff,

17  who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of

18  Court to amend this Complaint and insert the true names and capacities of said Defendants

19  when the same have been ascertained.

20       7.      Plaintiff is informed and believes and, upon such, alleges that each of the

21  Defendants designated herein as a "DOE" is legally responsible in some manner for the

22  events and happenings herein alleged, and that Plaintiff's damages as alleged herein were

23  proximately caused by such Defendants.  Plaintiff believes that some of the DOE

24  defendants are partial owners of Global Grind, or contribute heavily to Global Grind's

25  content, and are personally liable for Global Grind's copyright infringement.

26  / / /

27  / / /

28

**FIRST AMENDED COMPLAINT**

## FACTS COMMON TO ALL COUNTS

8.      Mavrix is a prominent celebrity photography agency based in Miami, Florida. Mavrix licenses its photographs to its end customers, often popular publications like People or US Weekly.

9.      Globalgrind.com is a website that purports to be the "eyes, ears, and voice" of its "evolved segment of users (18-49 years old)" by providing its audience with an "all-encompassing site that provides a platform for an active, multicultural audience to consume and interact with compelling content and unique digital experiences."  In an attempt to service its audience, Global Grind has reproduced, publicly distributed and publicly displayed photographs belonging to Mavrix via their website: www.globalgrind.com without permission, consent, or license.

10.     Despite having no permission, consent, or license to do so, in or around March 4, 2011, November 20, 2011, and December 17, 2011, Global Grind reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of musician Beyoncé Knowles, (the "Beyoncé Photos") belonging to Mavrix.  True and correct copies of the fifteen Beyoncé Photos are attached as Exhibit A.

11.     Despite having no permission, consent, or license to do so, in or around March 13, 2012,  Global Grind also reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of the late vocalist Whitney Houston (the "Houston Photos"), belonging to Mavrix.  True and correct copies of the four Houston Photos are attached as Exhibit B.

12.     Despite having no permission, consent, or license to do so, in or around March 13, 2012 and April 11, 2012, Global Grind also reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of singer and performer Katie Perry (the "Perry Photos"), belonging to Mavrix.  True and correct copies of the fifteen Perry Photos are attached hereto as Exhibit C.

3

**FIRST AMENDED COMPLAINT**

13.     Mavrix filed for copyright registration of the Beyoncé Photos, Houston Photos and Perry Photos (collectively known as the "Photos") within 90 days of their authorship and first publication.  The copyright registrations and/or electronic registration receipts are attached to the corresponding Photos at Exhibits. A, B, and C respectively.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement, 17 U.S.C. § 501 Against all Defendants)

14.     Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 13 above.

15.     Mavrix is the owner of all rights, title and interest in the copyrights to the Photos, which substantially consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States.  Mavrix has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  The Photos have been registered with the United States Copyright Office.

16.     Defendants have directly, vicariously and/or contributorily infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying, distributing and utilized the Photos for purposes of trade violation of 17 U.S.C. § 501 *et seq.*

17.     On information and belief, Defendants have willfully infringed, and unless enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing, displaying, distributing and utilizing the Photos for purposes of trade.

18.     Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization of the Photos for purposes of trade, including by increasing the traffic to Defendants' websites and, thus, increasing the advertising fees realized.

19.     All of the Defendant's acts are and were performed without the permission, license or consent of Mavrix.

20.     The said wrongful acts of Defendants have caused, and are causing, great injury to Mavrix, which damage cannot be accurately computed, and unless this Court

4

restrains Defendants from further commission of said acts, Mavrix will suffer irreparable injury, for all of which it is without an adequate remedy at law. Accordingly, Mavrix seeks a declaration that Defendants are infringing Mavrix's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Mavrix' copyrights.

21. As a result of the acts of Defendants alleged herein, Mavrix has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

22. Because of the willful nature of the copyright infringement, Mavrix is entitled to an award of statutory damages equal to $150,000 per infringement.

23. Mavrix has identified at least thirty-four instances of infringement on the globalgrind.com website by way of unlawful reproduction and display of the Photos (as well as the unlawful facilitation of other's reproduction of the Photos), and is therefore entitled to an award of $5,100,000.00 in statutory damages by Defendants. If other infringements are discovered in this case, this pleading will be augmented accordingly.

24. Mavrix is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all persons in active concert or participation with them, be permanently enjoined from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet web sites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) &

5

(c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505, for an amount of $1,500,000 plus fees.

        3.     An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

        4.     Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendant's acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

        5.     Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

        6.     That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: April 16, 2012

**ONE LLP**

By: _____
     John E. Lord, Esq.
     Peter R. Afrasiabi, Esq.
     Attorneys for Plaintiff,
     Mavrix Photo, Inc.

**FIRST AMENDED COMPLAINT**

# DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photo, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated: April 16, 2012

**ONE LLP**

By: _____

John E. Lord, Esq.
Peter R. Afrasiabi, Esq.
Attorneys for Plaintiff,
Mavrix Photo, Inc.

7

**FIRST AMENDED COMPLAINT**

# Exhibit A

Friday, March 4, 2011

View as Analog
✓ View as Digital
Date & Time Preferences...

http://globalgrind.com/channel/gossip/content/1908542/Beyonce-amp-jay2-enjoy-marr

Most Visited •  mavrixphoto   mavrixonline
▢ PGTP Exclusiv...   popontheper...   ☐ The Hollywoo...   godaddy   google analytics   wordpress   whois   cbx   FW OPS   LogMeIn
globalgrind.c   The Hype No   🌀 Beyon   Hot Shots: Bev

Home • Celebrity Gossip & Entertainment

**Trending Now**



Bobbi Kristina Responds:
"It's All A Set...

10 Bootylicious Smooth
Models Charlie...

KICKIN' IT WITH THE
KARDASHIANS: Khloe...

Angela Simmons Goes
Tastefully Topless...

THE HOLLYWOOD GRIND:
Emily Blunt & Matt...

XILLA's HIP POP SOAP
BOX: Michelle Rodriguez...

Michelle Williams Dishes
About Her New...

**Don't Miss These...**



# Beyonce & Jay-Z Enjoy Married Life During Their Bahamian Vacation (PHOTOS)

👍 Like   ▢ 13 people like this. Be the first of your friends.

≪          ≫




GlobalGrind is on a roll, Jay-Z and Beyonce were spotted together not once but twice in a week, and we've got all for you your enjoyment.

PHOTOS: Courtside With GlobalGrind: Jay-Z And Beyonce Hit The Nets Game

The married couple traveled down to the Bahamas this weekend for a quick vacation together. Jay-Z and Beyonce are

**66 The Hollywood which makes me 2011 HEXPLORER**

Posted 3/3/2011

Drive one.

CHECK IT OUT! »

**RSVP TO THE RALLY**
CLICK HERE

**TODAY
I AM
A MUSLIM
TOO**





Beyonce & Jay-Z Enjoy Married Life During Their Bahamian Vacation (PHOTOS) – Page 2 | Global Gri...

http://global.grind.com/channel/gossip/content/1908542/beyonce-amp-jay-z-enjoy-mar...

Most Visited ▾   mavrixphoto   mavrixonline   popnthepop...

POTP Exclusive...   The Hollywoo...   godaddy   google analytics   wordpress   whois   idex   FW OPS   LogMeIn   Bayor
                                      globalgrind.c...   The Hype No...   Hot Shots: Bev...

Friday, March 4, 2011

View as Analog
✓ View as Digital

Date & Time Preferences...

Get the car of your dreams with
help from high potential penny
stocks...

RSVP TO THE RALLY
CLICK HERE

TODAY
I AM
A MUSLIM
TOO

RALLY // TIMES SQUARE
SUN // MARCH 6TH // 2PM

NEW WEBISODES:
Kevin Coaism "On My Way" Documentary

Bobbi Kristina Responds:
"It's All A Set...

10 Bootylicious Smooth
Models Charlie...

KICKIN' IT WITH THE
KARDASHIANS: Khloe...

Angela Simmons Goes
Tastefully Topless...

THE HOLLYWOOD GRIND:
Emily Blunt & Matt...

XILLA's HIP POP SOAP
BOX: Michelle Rodriguez...

Michelle Williams Dishes
About Her New...

Don't Miss These...

THE BEST CELEB PHOTOS
OF THE DAY: WHOA...

The Adjustment Bureau
Gets 3 Fedoras By...

What Did Young Money Get
Justin Bieber...

Bobbi Kristina Responds:
"It's All A Set...

Angela Simmons Goes
Tastefully Topless...

Beyonce takes a stroll on the beach in the Bahamas.

KEEP READING »

Waiting for c.sviu.net



http://globalgrind.com/channel/gossip/content/1908542/beyonce-amp-jayz-enjoy-marr ☆

Most Visited   mavrixphoto   mavrixonline   mavrixvideo   godaddy   google analytics   wordpress   whois   idee   FW OPS   LogMein
PDTP Exclusive   popanthropo...   The Jcollywoo   globalgrind.c...   The Hype No...   Hot Shotz Bey   Beyor

RSVP TO THE RALLY
CLICK HERE



TODAY
I AM
A MUSLIM
TOO

RALLY // TIMES SQUARE
SUN // MARCH 6TH // 2PM

NEW WEBISODES:
Kevin Cossom "On My Way" Documentary

Bobbi Kristina Responds:
"It's All A Set...

10 Bootylicious Smooth
Models Charlie...

KICKIN' IT WITH THE
KARDASHIANS: Khloo...

Angela Simmons Goes
Tastefully Topless...

THE HOLLYWOOD GRIND:
Emily Blunt & Matt...

XILLA's HIP POP SOAP
BOX: Michelle Rodriguez...

Michelle Williams Dishes
About Her New...

Don't Miss These...

THE BEST CELEB PHOTOS
OF THE DAY: WHOA...

The Adjustment Bureau
Gets 3 Fedoras By...

What Did Young Money Get
Justin Bieber...

Bobbi Kristina Responds:
"It's All A Set...

Angela Simmons Goes
Tastefully Topless...

Beyonce takes a stroll on the beach in the Bahamas.

KEEP READING

Read uac.advertising.com

Beyonce & Jay-Z Enjoy Married Life During Their Bahamian Vacation (PHOTOS) - Page 4 | Global Gri

http://globalgrind.com/channel/gossip/content/1908542/Beyonce-area-jayz-enjoy-mari



RSVP TO THE RALLY
CLICK HERE

TODAY
I AM
A MUSLIM
TOO
RALLY // TIMES SQUARE
SUN // MARCH 6TH // 2PM

NEW WEBISODES:
Kevin Cosom "On My Way" Documentary



Bobbi Kristina Responds:
"It's All A Set...

10 Bootylicious Smooth
Models Charlie...

KICKIN' IT WITH THE
KARDASHIANS: Khloe...

Angela Simmons Goes
Tastefully Topless...

THE HOLLYWOOD GRIND:
Emily Blunt & Matt...

XILLA's HIP POP SOAP
BOX: Michelle Rodriguez...

Michelle Williams Dishes
About Her New...

Don't Miss These...

CELEBRITY
PLAYGROUND: Dave
Chappelle &...

JOHN GALLIANO: Good or
Bad? (PHOTOS)

THE BEST CELEB PHOTOS
OF THE DAY: WHOA...

The Adjustment Bureau
Gets 3 Fedoras By...

What Did Young Money Get
Justin Bieber...



Beyonce takes a stroll on the beach in the Bahamas.

KEEP READING



Friday, March 4, 2011

View as Analog
View as Digital

Date & Time Preferences...

available at Publix

Waiting for cms.adyieldmanager.net...